**Electronically Filed
Supreme Court
SCWC-22-0000690
04-MAR-2026
12:48 PM
Dkt. 23 OGAC**

SCWC-22-0000690

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

KOA KAAKIMAKA,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000690; CASE NO. 3CPC-21-0000224)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Souza, assigned by reason of vacancy)

Petitioner/Defendant-Appellant Koa Kaakimaka's application

for writ of certiorari filed on January 21, 2026, is accepted

and will be scheduled for oral argument. The parties will be

notified by the appellate clerk regarding scheduling.

It is further ordered that the parties shall submit

supplemental briefing on the following:

> Was there sufficient evidence to convict Koa Kaakimaka of
> violation of privacy in the first degree under Hawaiʻi
> Revised Statutes § 711-1110.9(1)(a)?

Within thirty days from the date of this order, each party shall file a supplemental brief, not exceeding fifteen pages in length, exclusive of title page(s), indices, appendices, and certificate of service.  No responses shall be filed.

DATED:  Honolulu, Hawaiʻi, March 4, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza



/s/ Vladimir P. Devens

/s/ Kevin A. Souza